IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| HALEIGH JONES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AARON PARNELL,<br><br>　　　　Defendant. | § § § § § § § § § § § §　CIVIL ACTION NO.  5:21-CV-00063-RWS |

**ORDER**

Before the Court is Plaintiff Haleigh Jones's Notice of Voluntary Dismissal Without Prejudice Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  Docket No. 4.  Plaintiff voluntarily dismisses her complaint against Defendant Aaron Parnell, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  According to the notice, Plaintiff filed her notice prior to service of an answer or motion for summary judgment.  Accordingly, it is

**ORDERED** that Plaintiff's Notice of Voluntary Dismissal Without Prejudice Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (Docket No. 4) is accepted by the Court.  It is further

**ORDERED** that this case is **DISMISSED** without prejudice, with each party to bear their own costs.

All relief not previously granted is hereby **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close this civil action.

**So ORDERED and SIGNED this 21st day of July, 2021.**

*Robert W Schroeder*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE